EICHBERG *vs.* BANDMAN.

Where a married woman, living with her husband, owned a separate estate, which consisted in part of a house and lot where they resided, and she carried on the business of keeping a boarding-house, since the act of 1866, her earnings in that enterprise belonged to her, and she was entitled to sue and recover in her own name from one who boarded with her and failed to pay the amount due therefor. 73 *Ga.*, 275.

Judgment reversed.

March 30, 1885.

BLANDFORD, Justice.

[Mrs. Caroline Eichberg brought suit against J. C. Bandman on an open account for board furnished. The testimony of the plaintiff was to the effect that she was a married woman, living with her husband, and had never been made a free-trader; that she had a separate estate, including the residence where the family resided. She took defendant to board with her, with the consent of her husband that she might do so and have the proceeds of his board. On motion, the court granted a non-suit, on the ground that the earnings of a married woman, who was not a free-trader, belonged to her husband, and she could not sue for and collect them. Plaintiff excepted.]